**No. 62388.**—Armour and Company *v.* United States, protests 300391–K/14824, etc. (New Orleans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62389.**—International Packers, Limited *v.* United States, protest 316475–K/ 15107 (New Orleans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62390.**—D. & A. Sclafani *v.* United States, protest 58/8427 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiff was sustained.

**No. 62391.**—Bunge Corporation *v.* United States, protests 317735–K (A), etc. (New York).

Opinion by DONLON, J. Following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 62392.**—Standard Products Company *v.* United States, protest 145633–K (Boston)

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.